AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
DIEGO MCDONALD

Defendant(s)

Case No. 6:26-mj- 1908

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 15, 2026 in the county of Orange in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew Chiang, Special Agent, DHS

*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 8/4/26

*Judge's signature*

City and state: Orlando, Florida

Hon. Leslie Hoffman Price,U.S. Magisitrate Judge

*Printed name and title*

**STATE OF FLORIDA** **CASE NO. 6:26-mj-** 1908

**COUNTY OF ORANGE**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Matthew Chiang, being duly sworn, do hereby state the following:

1. This affidavit is submitted in support of a criminal complaint against Diego MCDONALD for a violation of 18 U.S.C. § 2251(a), production of child pornography. As set forth in more detail below, there is probable cause to believe that from on or about June 15, 2026, MCDONALD, by means of interstate commerce, knowingly produced child pornography.

2. I am a Special Agent (SA) employed with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been employed since September 7, 2025. Prior to my employment with HSI, I was employed for approximately five years as a Deputy Sheriff and Detective with the Orange County Sheriff's office. I am currently assigned to the Orlando, Florida, office of HSI, and my duties include the enforcement of federal criminal statutes, including but not limited to Titles 8, 18, 19, 21, and 31 of the United States Code. I am a law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(i) and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7).

3. My formal education includes a Bachelor's degree in Public Health from Rutgers, the State University of New Jersey. Through numerous advanced law enforcement-training programs, I have received specialized training in the

investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have participated in training courses for the investigation and enforcement of child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography.

4. I have been involved in investigations involving child pornography, the creation of child pornography, and online solicitation/enticement of minors. I have participated in investigations of persons suspected of violating federal child pornography laws, including violations of 18 U.S.C. §§ 2251, 2252, 2252A, 1470, and 2422. Additionally, I have authored and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

I have personal knowledge of all the facts stated in this affidavit and/or have learned of these facts by reviewing documents and electronically stored information and speaking to other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation and have summarized undercover communications.

## PROBABLE CAUSE

5. On or about June 17, 2026, the Orange County Sheriff's Office ("OCSO") received three CyberTips (246244939, 246037641, and 246008713) from the National Center for Missing and Exploited Children ("NCMEC"), submitted by the electronic service provider ("ESP") Medialab.ai regarding activity on the online

communication application, Kik. The reports detailed a conversation that occurred on or about June 15, 2026, involving Kik accounts.

6. The ESP reported that Kik account, Stella.punzru ("Target Account 1"), later associated to MCDONALD residence in Dayton, Ohio ("Subject Premises"), appeared to direct Target Account 2 to produce child sexual abuse material ("CSAM") involving Target Account 2's five-year-old child ("MV1"). Target Account 2 then transmitted CSAM of what appeared to be MV1 to Target Account 1 via Kik. The CSAM was reportedly in exchange for nude photographs from Target Account 1. An excerpt of the conversation provided by Medialab.ai is included below:

| | |
|---|---|
| Target Account 2: | Made me do a a whole fucking new one idk why |
| Target Account 1: | Still waiting |
| Target Account 2: | I got you I'm hard asf to |
| Target Account 1: | Hurry up I'm wet anyway |
| Target Account 2: | 1b08335f-8364-4635-993c-d1c80aa78148.mp4 [Video of what appeared to be Target Account 2 placing his penis next to what appeared to be MV1's mouth while he slept.] |
| Target Account 1: | No bruh move his hand |
| Target Account 2: | Okay I will<br>Your wet how |
| Target Account 1: | send the video so I can show u |
| Target Account 2: | 5ae8aeb3-1232-48b3-92b3-504720a84009.mp4 |

[Video of what appears to be Target Account 2 using his penis to make union with what appeared to be MV1's mouth while he slept. MV1 appeared to close his mouth and move away when Target Account 2's penis touched MV1's mouth.]

| | |
|---|---|
| Target Account 1: | Bruh |
| Target Account 2: | I'm doing it damn<br>it just him him in the mouth like fr<br>how you want me to do it |
| Target Account 1: | In it or take his out |
| Target Account 2: | what in it |
| Target Account 1: | His mouth |
| Target Account 2: | My dick<br>he closed his mouth so top of it |
| Target Account 1: | Take his out |
| Target Account 2: | His dick okay<br>With the pull up on |
| Target Account 1: | No |
| Target Account 2: | he has a pull up on |
| Target Account 1: | So pull it out |
| Target Account 2: | And do what |
| Target Account 1: | Urs on top |
| Target Account 2: | Okay I will why my dick big to you<br>I got you hold up |
| Target Account 1: | Very big hurry up before I cum |
| Target Account 2: | I got u |

| | |
|---|---|
| | I'm very big you gonna let me fck |
| Target Account 1: | Yea |
| Target Account 2: | I wanna fck u |
| Target Account 1: | Hurry up |
| Target Account 2: | Got you |
| Target Account 1: | Bro |
| Target Account 2: | I going y you can't send me something so I can stay hard<br><br>I'm trying to get him |
| Target Account 1: | Hurry up dude |
| Target Account 2: | I am send me something bc I have it |
| Target Account 1: | No send it and I will |
| Target Account 2: | Ladies first<br>I'm getting his pull and dick out |
| Target Account 1: | no hurry up or I ain't sending anything |
| Target Account 2: | Okay I am |
| Target Account 1: | Yea ur lying again ima just watch porn and go to sleep |
| Target Account 2: | I'm not lying bc my dick is out<br>he is giving me the hard time<br>But you wanna see his<br>to |
| Target Account 1: | Hurry up |
| Target Account 2: | 4f7b9c61-5533-404d-8f29-d5d2a776fe94.mp4<br>[Video of Target Account 2 showing his penis and masturbating while a childs shirt and |

| | |
|---|---|
| | diaper are visible. The child appears to the adult next to the adult on the bed.]<br><br>Mine is out it's just his ass I grabbed him and he fucked pushed me to<br><br>What else you want me to fix<br>Do0<br>that I can for you |
| Target Account 1: | Where is ur daughter |
| Target Account 2: | She went back to her moms |
| Target Account 1: | Take it off of him |
| Target Account 2: | Take what off him<br>? |
| Target Account 1: | Hurry up or I'm watching porn and going to sleep |
| Target Account 2: | Take what off him<br>I can show his dick pulling it out<br>I'm watching porn to<br>and rather see your pussy |
| Target Account 1: | Both of y'all |
| Target Account 2: | mine is out hard asf<br>You didn't see it hard<br>can I show Mine first and then his |
| Target Account 1: | No both at the same time |
| Target Account 2: | I'm gonna have turn and I got you |
| Target Account 1: | Ima just watch porn and gts |
| Target Account 2: | 42cbc3a3-207d-4dc1-819d-842f5ecba9e4.jpg<br>[Image of an adult male penis] |

| | |
|---|---|
| Target Account 1: | it's big not what I asked for ima just watch porn and gts |
| Target Account 2: | That dick wants u |
| Target Account 1: | Is u gonna do it or not |
| Target Account 2: | Yess<br>are you gonna send or not<br>I showed u my dick u like it ikno<br>And I'm gonna get him |
| Target Account 1: | I am after I get what I want |
| Target Account 2: | You want mine and his both |
| Target Account 1: | Yup |
| Target Account 2: | okay and after you got me with that wet pussy |
| Target Account 1: | Yup a video |
| Target Account 2: | how tight are you |
| Target Account 1: | Bro hurry up |
| Target Account 2: | I am but you not answering me<br>He ain't letting me |
| Target Account 1: | How tf he ain't letting u if he's sleep 💀 |
| Target Account 2: | Im trying to take it out and ain't stupid my son smart<br><br>b2f4d029-ecdd-443a-8e0a-28a75485eaba.mp4 [Video of what appears to be prettboyj192 rubbing his penis with his right hand. Target Account 2 then appears to then lifting a blanket and revelaing a child wearing a diaper laying next to him] |
| Target Account 1: | Then turn him around |

| | |
|---|---|
| Target Account 2: | I did all that<br>He still pushed me |
| Target Account 1: | Ok ima gts |
| Target Account 2: | I got you in the morning mamii<br>I'm gonna do mine and his<br>Iknow you won't show me |
| Target Account 1: | I planed on it but u won't even putt it in his mouth pull his out or nun so im good |
| Target Account 2: | I had put it in his mouth on the video I showed you<br>he was the one who moved |
| Target Account 1: | So do it again |
| Target Account 2: | He keeps pushing me<br>I had planned to do it to till he pushed me |
| Target Account 1: | yea okay idc ur a liar anyway [crying emoji] |
| Target Account 2: | I'm not a liar mamii<br>I'm not |
| Target Account 1: | damn |
| Target Account 2: | I'm honestly trying to do all that for you and all<br>Like damn nothing |
| Target Account 1: | Cus I ain't get what I want |
| Target Account 2: | I'm honestly trying to do all that for you no cap<br>but getting pushed by him and all |
| Target Account 1: | Ur literally stronger than him and u can that off him and then putit back on him ur his dad buh ok |

Target Account 2: I am
pull back take his out and mine
and I'm horny asf dying to see your pussy

Target Account 1: all I seen was a video of you riding a dick
One time
Idc ur boring ima find someone else who
ain't a pussy

7. On or about June 17, 2026, the OCSO identified the user of Target Account 2 as Jose CARTAGENA and subsequently apprehended him. During a post-*Miranda* custodial interview conducted by OCSO, CARTAGENA admitted to being the user of Target Account 2, communicating with Target Account 1, performing sexual acts on MV1 at the direction of Target Account 1, and transmitting approximately five to six CSAM images or videos to Target Account 1. CARTAGENA also stated that he had previously communicated with Target Account 1 using another username, "Flyrican153" (hereinafter "Target Account 3"), prior to its deactivation by Kik.

8. On or about June 17, 2026, CARTAGENA was arrested and charged by OCSO with one count each of: Use of a Child in a Sexual Performance, Transmission of Child Pornography, Unlawful Use of a Two-Way Communication Device, Depicting Sexual Performance by a Child, and Sexual Battery on a Child Under 12. OCSO positively identified MV1 as being five years old.

9. On or about June 18, 2026, OCSO received an additional CyberTip from NCMEC ("246367264"), submitted by Medialab.ai regarding activity on the Kik application. The report detailed a conversation that occurred between Target

Account 1 and Target Account 3, which began on June 14, 2026, and continued via Target Account 2 after Target Account 3 was deactivated on June 15, 2026. During the conversation, Target Account 1 indicated they would send nude photographs of themselves if Target Account 3 sent nude photographs of MV1. Target Account 3 appeared to transmit a video of his erect penis exposed over MV1 while MV1 was sleeping. Target Account 3 also appeared to transmit a video depicting himself masturbating to MV1 while MV1 used an iPad in bed.

10. Medialab.ai disclosed subscriber and account data with the CyberTips related to Target Account 1, Target Account 2, and Target Account 3. Target Account 1 was reported to be created on May 21, 2026. Target Account 2 was reported to be created on June 14, 2026. Target Account 3 was reported to be created on October 12, 2024.

11. Target Account 1 communicated with CARTENGA who utilized Target Accounts 2 and 3. Target Account 1 directed CARTENGA to produce and send CSAM of MV1. During the custodial interview conducted by OCSO, CARTEGNA admitted to producing and transmitted the CSAM to Target Account 1.

12. On or about July 7, 2026, Honorable U.S. Magistrate Judge Nathan W. Hill signed search warrants 6:26-mj-1799, 6:26-mj-1800, and 6:26-mj-1801, authorizing the searches of Target Account 1, Target Account 2, and Target Account 3 respectively. On or about July 7, 2026, the search warrants were served to Medialabs.ai.

13. On or about July 8, 2026, Medialabs.ai returned the requested data. The chat logs provided, as well as media files and CSAM transmitted, were found to be consistent with OCSO's findings. Medialabs.ai also disclosed that the user associated with Target Account 1 accessed the Kik account using the following IP address:

IP Address: 65.186.34.71 [1] (hereinafter "IP1")

Port: 57207

Date: 6/18/2026

Time: 01:58:11 UTC

14. On or about July 9, 2026, I sent a subpoena to Charter Communications requesting subscriber information associated with IP 1. On or about July 15, 2026, Charter Communications responded with the following information[2]:

Name: MCDONALD

Address: Subject Premises[3]

Telephone: 816-344-XXXX[4]

---

[1] This IP is consistent with the IP history provided in the CyberTip.

[2] This is consistent with information provided to Cuyahoga County Prosecutors office pursuant to a state investigation.

[3] The address provided by Charter Communications matched the address MCDONALD registered with the Ohio Bureau of Motor Vehicles for his driver license.

[4] MCDONALD later confirmed this as his phone number

15. Law enforcement record checks identified MCDONALD (DOB: XX-XX-2003) as living at the Subject Premises.

16. On or about July 30, 2026, Honorable U.S. Magistrate Judge Peter B. Silvain, Jr. signed search warrant 3:26-mj-323 in the South District of Ohio authorizing the search of Subject Premises. On or about August 4, 2026, the search warrant was executed at Subject Premises.

17. During the execution of the search warrant, HSI Special Agents conducted a custodial interview with MCDONALD. Prior to speaking of the allegations, MCDONALD was advised of his *Miranda* rights and MCDONALD stated he understood his rights.

18. During the interview, MCDONALD confirmed he was the only person residing at subject premises and all utilities were under his name. He confirmed that he did use Target Account 1 and pretended to be a juvenile female to speak to other males online. MCDONALD confirmed he did speak with a father in Florida and "egged him" on to produce sexual images and videos with is five-year-old son which he then received. MCDONALD was presented photographs of several media files sent and received from Target Account 1 to include the photographs juvenile female alias "stella" and the CSAM produced with Target Account 2 and 3. MCDONALD confirmed he recognized the photographs presented as images/videos he sent and received on Target Account 1.

19. During the interview, MCDONALD agreed what he did was wrong and stated he should not have "edged" the father on to take photos and videos of his

son and he should have "reported him sooner." MCDONALD agreed his actions could be perceived as him production "child pornography" with the father in Florida. MCDONALD read several lines of the conversation between Target 1 and Target Account 2 and 3. MCDONALD stated he recalled having the conversation. MCDONALD stated he only performed his actions in order to report the father for inappropriate content and was not attracted to children. MCDONALD disclosed that he worked as a teacher's assistant at a local military base working with pre-school aged children.

20. During initial digital review of a cellphone found at subject premises, an account "stella._.punzirudu"[5] was found logged into the Kik user application. MCDONALD confirmed he owned a cellphone and tablet in the apartment and provided the pin for the devices. The pin provided was confirmed to unlocked both devices found at subject premises.

---

[5] This account was noted to be similar to Target Account 1, "stella.punzru"

**CONCLUSION**

21. Based on the above, I submit that there is probable cause that from on or about June 15, 2026, MCDONALD, by means of interstate commerce, knowingly produced child pornography, in violation of 18 U.S.C. § 2251(a).

____________________________
Matthew Chiang, Special Agent
Homeland Security Investigations

Affidavit submitted by reliable electronic means and attested to me as true and accurate via telephone or video conferencing consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), this 4th day of August, 2026.

____________________________
LESLIE HOFFMAN-PRICE
United States Magistrate Judge